JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAMAO TANG,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY, UNITED STATES DEPARTMENT OF HOMELAND, ET AL.,<br><br>　　　Defendants. | No. 2:24-cv-06997-CAS-ASx<br><br>**ORDER DISMISSING ACTION**<br><br>Honorable Christina A. Snyder<br>United States District Judge |

Having read and considered the Joint Stipulation to Dismiss the Case submitted by the parties, and finding good cause therefor, the Court DISMISSES the action without costs and without prejudice to the right to re-open the action, or seek an extension to do so, by November 14, 2025, if Defendants have not provided their decision. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: October 30, 2024

_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1